UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re )
) Bankruptcy Case No. 2-11-05675-SSC
MMM DIVERSIFIED, LLC, )
) CHAPTER 11
)
Debtor(s) )
)

**FILED**

MAR - 8 2011

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

DECLARATION RE: ELECTRONIC FILING

PART I-DECLARATION OF PETITIONER:

I, MICHAEL F. SPRINKLE, the undersigned Debtors(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed Petition, Statements and Schedules is true and correct. I consent to my attorney sending my Petition, this Declaration, Statements and Schedules to the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk once all Schedules and Statements have been filed electronically but, in no event, no later than 5 calendar days after the Schedules and Statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

G {If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7} I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such Chapter, and chose to proceed under Chapter 7. I request relief in accordance with the Chapter specified in the Petition.

**DATED: 3-7-11**

Signed:_____          _____
         Debtor                                              Joint Debtor

(if joint case, both spouses must sign)

_____
Authorized Corporate Officer or Partnership Member
MICHAEL F. SPRINKLE

**PART II – DECLARATION OF ATTORNEY:**

I declare as follows: The Debtors(s) will have signed this form before I submit the Petition, Schedules and Statements. I will give the Debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. If an individual, I have informed the Petitioner that {he or she} may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

**DATED: 3-7-11**

_____
Attorneys for Debtor(s)
DONALD W. POWELL - 3238

Exhibit 1

(FILE ORIGINAL WITH THE COURT. DO NOT FILE ELECTRONICALLY)

03/10/2011